# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christine Diaz<br>  aka Christine Susan Diaz<br>  aka Christine S. Obrien-Diaz<br>  Michael Diaz<br>  aka Michael S Diaz<br>  aka Michael Steven Diaz<br><br>      Debtor(s) | BK NO. 19-03139 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of GSAA Home Equity Trust 2006-6, Asset-Backed Certificates series 2006-6, U.S. bank National Association, as Trustee, and index same on the master mailing list.

                              Respectfully submitted,

                              **/s/ James C. Warmbrodt, Esquire**
                              James C. Warmbrodt, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322