```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                    Case No. 19-03139-RNO
Michael Diaz                                              Chapter 13
Christine Diaz
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRadginsk          Page 1 of 1          Date Rcvd: Sep 09, 2019
                              Form ID: ntnew341        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2019.
```
db/jdb         +Michael Diaz,    Christine Diaz,    257 Kirkham Road,    Bushkill, PA 18324-8153
5228947        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982234,    El Paso, TX  79998-2234)
5228949         Chase Bank,    PO Box 15298,    Wilmington, DE  19850-5298
5228950         Citibank, N.A. (Shop Your Way),    PO Box 6276,    Sioux Falls, SD  57117-6276
5235301        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5228952        +RAS Citron, LLC,    133 Gaither Drive, Suite F,    Mt. Laurel, NJ 08054-1710
5228953        +Ratchford Law Group, P.C.,    54 Glenmaura National Blvd., Suite 104,    Moosic, PA 18507-2101
5228954        +Specialized Loan Servicing,    8742 Lucent Boulevard, Suite 300,
                 Highlands Ranch, CO 80129-2386
5228956        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA  52409-8026)
5233608        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 09 2019 19:06:14
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5228946         E-mail/Text: ebn@21stmortgage.com Sep 09 2019 18:58:16      21st Mortgage Corporation,
                 620 Market Street, Suite 100,    Knoxville, TN  37902
5239268        +E-mail/Text: ebn@21stmortgage.com Sep 09 2019 18:58:16      21st Mortgage,    P.O. Box 477,
                 Knoxville, TN 37901-0477
5228948         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 09 2019 19:06:04      Capital One Bank,
                 PO Box 30285,    Salt Lake City, UT  84130-0285
5228951        +E-mail/Text: ebn@vativrecovery.com Sep 09 2019 18:58:11      Palisades Collection LLC,
                 210 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2510
5226457        +E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2019 19:06:04      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5228955         E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2019 19:06:13      Synchrony Bank (Walmart),
                 Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL  32896-5060
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Steven R Savoia    on behalf of Debtor 2 Christine  Diaz ssavoia@ptd.net
              Steven R Savoia    on behalf of Debtor 1 Michael  Diaz ssavoia@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Michael Diaz, <br> aka Michael S Diaz, aka Michael Steven Diaz, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19–bk–03139–RNO |
| Christine Diaz, <br> aka Christine Susan Diaz, aka Christine S. Obrien–Diaz, | | |
| **Debtor 2** | | |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: October 28, 2019 |
| --- | --- |
| | Time: 11:00 AM |

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 <br> (570) 831–2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PRadginsk, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 9, 2019 |

ntnew341 (04/18)