In re:  
Michael Diaz  
Christine Diaz  
    Debtors

Case No. 19-03139-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: PRadginsk     Page 1 of 2     Date Rcvd: Oct 30, 2019  
                         Form ID: ntcnfhrg     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.

```
db/jdb         +Michael Diaz,    Christine Diaz,    257 Kirkham Road,    Bushkill, PA 18324-9001
5228947        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982234,    El Paso, TX  79998-2234)
5228949         Chase Bank,    PO Box 15298,    Wilmington, DE  19850-5298
5251606         Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
5228950         Citibank, N.A. (Shop Your Way),    PO Box 6276,    Sioux Falls, SD  57117-6276
5235301        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5228952        +RAS Citron, LLC,    133 Gaither Drive, Suite F,    Mt. Laurel, NJ 08054-1710
5228953        +Ratchford Law Group, P.C.,    54 Glenmaura National Blvd., Suite 104,    Moosic, PA 18507-2101
5228954        +Specialized Loan Servicing,    8742 Lucent Boulevard, Suite 300,
                 Highlands Ranch, CO 80129-2386
5228956        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA  52409-8026)
5233608        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5253714        +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2019 19:38:51
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5228946         E-mail/Text: ebn@21stmortgage.com Oct 30 2019 19:37:03      21st Mortgage Corporation,
                 620 Market Street, Suite 100,    Knoxville, TN  37902
5239268        +E-mail/Text: ebn@21stmortgage.com Oct 30 2019 19:37:03      21st Mortgage,   P.O. Box 477,
                 Knoxville, TN 37901-0477
5228948         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 30 2019 19:38:48      Capital One Bank,
                 PO Box 30285,    Salt Lake City, UT  84130-0285
5253725         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2019 19:38:51
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5228951        +E-mail/Text: ebn@vativrecovery.com Oct 30 2019 19:36:42      Palisades Collection LLC,
                 210 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2510
5226457        +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2019 19:38:42      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5228955         E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2019 19:40:27      Synchrony Bank (Walmart),
                 Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL  32896-5060
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
         James Warmbrodt    on behalf of Creditor    GSAA Home Equity Trust 2006-6, Asset-Backed  
          Certificates series 2006-6, U.S. bank National Association, as Trustee. bkgroup@kmllawgroup.com  
         Steven R Savoia    on behalf of Debtor 2 Christine  Diaz ssavoia@ptd.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Steven R Savoia   on behalf of Debtor 1 Michael  Diaz ssavoia@ptd.net
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
        TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Diaz,
aka Michael S Diaz, aka Michael Steven Diaz,

**Debtor 1**

Christine Diaz,
aka Christine Susan Diaz, aka Christine S. Obrien−Diaz,

**Debtor 2**

Chapter 13

Case No. 5:19−bk−03139−RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **December 13, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 20, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRadginsk, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 30, 2019 |

ntcnfhrg (03/18)