IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Wilkes-Barre Division)

| | | | |
|---|---|---|---|
| IN RE: | MICHAEL DIAZ<br>aka Michael S Diaz<br>aka Michael Steven Diaz, and<br><br>CHRISTINE DIAZ,<br>aka Christine Susan Diaz<br>aka Christine S. Obrien−Diaz,<br><br>Debtors. | : : : : : : : : : : | CASE NO. 5:19−bk−03139-RNO |

## DEBTORS' ELECTION TO CONVERT
## CHAPTER 13 CASE TO CHAPTER 7 (ABSOLUTE RIGHT)

AND NOW COME MICHAEL and CHRISTINE DIAZ (the "Debtors") who file this Election to Convert their chapter 13 case to a case under chapter 7, as is their absolute right under Bankruptcy Code § 1307(a).

WHEREFORE, the Debtors respectfully request that this Court convert the Debtors' chapter 13 case to a case under chapter 7 and grant such other and further relief as may be just.

Respectfully submitted,

Dated:   May 15, 2020             /s/ Michael Diaz
                                  Debtor:  Michael Diaz


Dated:   May 15, 2020             /s/ Christine Diaz
                                  Debtor:  Christine Diaz