In re:  
Michael Diaz  
Christine Diaz  
    Debtors

Case No. 19-03139-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2     Date Rcvd: May 19, 2020  
Form ID: tele341     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2020.

```
db/jdb         +Michael Diaz,   Christine Diaz,   257 Kirkham Road,   Bushkill, PA 18324-9001
5228947       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank of America,   PO Box 982234,   El Paso, TX  79998-2234)
5251606        Citibank, N.A.,   5800 S Corporate Pl,   Sioux Falls, SD  57108-5027
5228950        Citibank, N.A. (Shop Your Way),   PO Box 6276,   Sioux Falls, SD  57117-6276
5235301       +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
5228952       +RAS Citron, LLC,   133 Gaither Drive, Suite F,   Mt. Laurel, NJ 08054-1710
5228953       +Ratchford Law Group, P.C.,   54 Glenmaura National Blvd., Suite 104,   Moosic, PA 18507-2161
5228954       +Specialized Loan Servicing,   8742 Lucent Boulevard, Suite 300,
                Highlands Ranch, CO 80129-2386
5228956      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Financial Services,   PO Box 8026,
                Cedar Rapids, IA  52409-8026)
5233608       +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
5253714       +U.S. Bank National Association, Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 20 2020 10:20:43
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5228946        E-mail/Text: ebn@21stmortgage.com May 19 2020 20:05:32      21st Mortgage Corporation,
                620 Market Street, Suite 100,   Knoxville, TN  37902
5239268       +E-mail/Text: ebn@21stmortgage.com May 19 2020 20:05:32      21st Mortgage,   P.O. Box 477,
                Knoxville, TN 37901-0477
5228948        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 19 2020 20:00:13      Capital One Bank,
                PO Box 30285,   Salt Lake City, UT  84130-0285
5228949        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 19 2020 20:01:18      Chase Bank,
                PO Box 15298,   Wilmington, DE  19850-5298
5253725        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 20 2020 10:20:43
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
5228951       +E-mail/Text: ebn@vativrecovery.com May 19 2020 20:05:09      Palisades Collection LLC,
                210 Sylvan Avenue,   Englewood Cliffs, NJ 07632-2510
5226457       +E-mail/PDF: gecsedi@recoverycorp.com May 19 2020 20:00:40      Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5228955        E-mail/PDF: gecsedi@recoverycorp.com May 19 2020 20:00:40      Synchrony Bank (Walmart),
                Attn: Bankruptcy Dept.,   PO Box 965060,   Orlando, FL  32896-5060
                                                                                              TOTAL: 9
```

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5           User: AutoDocke            Page 2 of 2                   Date Rcvd: May 19, 2020
                               Form ID: tele341           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2020 at the address(es) listed below:

```
          James    Warmbrodt     on behalf of Creditor    GSAA Home Equity Trust 2006-6, Asset-Backed
           Certificates series 2006-6, U.S. bank National Association, as Trustee. bkgroup@kmllawgroup.com
          Mark J. Conway (Trustee)    PA40@ecfcbis.com,
           mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
          Steven R Savoia    on behalf of Debtor 2 Christine  Diaz ssavoia@ptd.net
          Steven R Savoia    on behalf of Debtor 1 Michael  Diaz ssavoia@ptd.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA
## (Effective April 24, 2020)

On April 24, 2020, the United States Trustee for Region 3 issued a supplemental notice continuing all in−person chapter 7, 11, 12, and 13 section 341 meetings for cases filed through July 10, 2020.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Mark Conway | 1−866−773−1875 | 5761176 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| William Schwab | 1−866−707−7516 | 4801433 |
| Robert Sheils | 1−866−714−3930 | 1832207 |
| Lawrence Young | 1−866−453−7506 | 2896054 |

tele341(03/20)