Certificate Number: 15111-PAM-DE-034662759

Bankruptcy Case Number: 19-03139



15111-PAM-DE-034662759

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 13, 2020</u>, at <u>8:03</u> o'clock <u>PM EDT</u>, <u>Michael S Diaz</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>July 13, 2020</u>

By: <u>/s/Ryan McDonough</u>

Name: <u>Ryan McDonough</u>

Title: <u>Executive Director of Education</u>