In re:
Michael Diaz
Christine Diaz
    Debtors

Case No. 19-03139-RNO
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 2    Date Rcvd: Sep 18, 2020
Form ID: 318    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2020.

```
db/jdb        +Michael Diaz,    Christine Diaz,    257 Kirkham Road,    Bushkill, PA 18324-9001
5251606        Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
5228950        Citibank, N.A. (Shop Your Way),    PO Box 6276,   Sioux Falls, SD  57117-6276
5235301       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
5228952       +RAS Citron, LLC,    133 Gaither Drive, Suite F,    Mt. Laurel, NJ 08054-1710
5228953       +Ratchford Law Group, P.C.,    54 Glenmaura National Blvd., Suite 104,    Moosic, PA 18507-2161
5228954       +Specialized Loan Servicing,    8742 Lucent Boulevard, Suite 300,
                Highlands Ranch, CO 80129-2386
5233608       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5253714       +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +EDI: PRA.COM Sep 18 2020 23:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
5228946        E-mail/Text: ebn@21stmortgage.com Sep 18 2020 20:05:37      21st Mortgage Corporation,
                620 Market Street, Suite 100,    Knoxville, TN  37902
5239268       +E-mail/Text: ebn@21stmortgage.com Sep 18 2020 20:05:37      21st Mortgage,   P.O. Box 477,
                Knoxville, TN 37901-0477
5228947        EDI: BANKAMER.COM Sep 18 2020 23:53:00      Bank of America,    PO Box 982234,
                El Paso, TX  79998-2234
5228948        EDI: CAPITALONE.COM Sep 18 2020 23:53:00      Capital One Bank,    PO Box 30285,
                Salt Lake City, UT  84130-0285
5228949        EDI: JPMORGANCHASE Sep 18 2020 23:53:00      Chase Bank,    PO Box 15298,
                Wilmington, DE  19850-5298
5253725        EDI: PRA.COM Sep 18 2020 23:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
5228951       +E-mail/Text: ebn@vativrecovery.com Sep 18 2020 20:05:23      Palisades Collection LLC,
                210 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2510
5226457       +EDI: RMSC.COM Sep 18 2020 23:53:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
5228955        EDI: RMSC.COM Sep 18 2020 23:53:00      Synchrony Bank (Walmart),    Attn: Bankruptcy Dept.,
                PO Box 965060,    Orlando, FL  32896-5060
5228956        EDI: TFSR.COM Sep 18 2020 23:53:00      Toyota Financial Services,    PO Box 8026,
                Cedar Rapids, IA  52409-8026
                                                                                               TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2020 at the address(es) listed below:

      James Warmbrodt    on behalf of Creditor    GSAA Home Equity Trust 2006-6, Asset-Backed Certificates series 2006-6, U.S. bank National Association, as Trustee. bkgroup@kmllawgroup.com
      Mark J. Conway (Trustee)    PA40@ecfcbis.com,
       mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
      Steven R Savoia    on behalf of Debtor 2 Christine   Diaz ssavoia@ptd.net
      Steven R Savoia    on behalf of Debtor 1 Michael   Diaz ssavoia@ptd.net
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 5

| | | |
|---|---|---|
| Debtor 1 | Michael Diaz <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3920 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Christine Diaz <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7430 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19–bk–03139–RNO | |

# Order of Discharge                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Diaz
aka Michael S Diaz, aka Michael Steven Diaz

Christine Diaz
aka Christine Susan Diaz, aka Christine S. Obrien–Diaz

**By the court:**   *Robt N. Opel II* (signature)

9/18/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**