```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-03139-RNO
Michael Diaz                                                        Chapter 7
Christine Diaz
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 1           Date Rcvd: Sep 18, 2020
                              Form ID: fnldec              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2020.
db/jdb         +Michael Diaz,    Christine Diaz,    257 Kirkham Road,    Bushkill, PA 18324-9001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    GSAA Home Equity Trust 2006-6, Asset-Backed
               Certificates series 2006-6, U.S. bank National Association, as Trustee. bkgroup@kmllawgroup.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              Steven R Savoia    on behalf of Debtor 2 Christine  Diaz ssavoia@ptd.net
              Steven R Savoia    on behalf of Debtor 1 Michael  Diaz ssavoia@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael Diaz, <br> aka Michael S Diaz, aka Michael Steven Diaz, | Chapter 7 |
| **Debtor 1** | Case No. 5:19–bk–03139–RNO |
| Christine Diaz, <br> aka Christine Susan Diaz, aka Christine S. Obrien–Diaz, | |
| **Debtor 2** | |

Social Security No.:
          xxx–xx–3920        xxx–xx–7430

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Mark J. Conway (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: September 18, 2020

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

**fnldec** (05/18)